**MOTION DOCKET**

**90-216.** State, ex rel. Bing, v. Indus. Comm. *Franklin County*, No. 89AP-488. On motion for leave to file *amicus* of Ohio AFL-CIO et al. Motion granted.

**90-520.** Waterman v. Christy. *Franklin County*, Nos. 89AP-672, 89AP-673 and 89AP-674. On motion to vacate entry with respect to costs. Motion denied.

Sweeney, Douglas and H. Brown, JJ., dissent.

**90-1600** and **90-1829.** State v. Varney. *Miami County*, Nos. 89-CA-31, 89-CA-33 and 89-CA-36. On motion to consider state's brief and record in case No. 90-1600 as consolidated pleadings in case No. 90-1829 instanter. Motion granted.

On motion to strike record. Motion denied.

**90-1898.** State v. Pierce. *Delaware County*, No. 89-CA-30. On motions to supplement record and to stay briefing. Motions granted.

**90-2028.** State, ex rel. Cook, v. Permold Corp. *Franklin County*, No. 89AP-820. On motion for leave to file appellant's brief and to supplement record instanter. Motion granted.

**90-2060.** State v. Lampkin. *Hamilton County*, No. C-890273. On motion to stay briefing. Motion denied.

Holmes, J., dissents.

**90-2411.** Industrial Energy Consumers v. Pub. Util. Comm. Public Utilities Commission, No. 89-1001-EL-AIR. On motion for leave to file *amicus* of Electricity Consumers Resource Council and on motion for leave to proceed *pro hac vice*. Motions granted.

**90-2475.** Hume v. Limbach. Board of Tax Appeals, No. 88-F-207. On motion to amend brief. Motion granted.

**90-2491.** In re Carter. In Habeas Corpus. On motion for findings of fact and conclusions of law. Motion denied.

**91-275.** Falls Twp. Bd. of Trustees v. Hiscock. *Muskingum County*, No. CA-9034. On motion to dismiss and motion for leave to file memorandum in support instanter. Motion to dismiss overruled and motion for leave granted.

Wright and Resnick, JJ., dissent.

**91-342.** State v. Wilson. *Trumbull County*, No. 89-T-4293. On motion for leave to withdraw as counsel. Motion granted.

**91-352.** State v. Fisher. *Cuyahoga County*, No. 57753. On motion for leave to file memorandum in support instanter. Motion granted.